IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 1:06-CR-00438 |
| v. | : |
| | : (Judge Conner) |
| TREVINO E. ROGERS | : (Electronically Filed) |

### ORDER OF COURT

AND NOW, this 9th day of March, 2007, it is hereby ORDERED that the Defendant's Motion to Separate Trial on Counts is GRANTED.

BY THE COURT:

CHRISTOPHER C. CONNER
United States District Court