# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0438** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TREVINO E. ROGERS,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 20th day of August, 2007, upon consideration of the concurred in motion to withdraw as counsel for defendant (Doc. 59), filed by Arthur L. Gutkin, Esquire, and of defendant's correspondence (Doc. 58), indicating both his disinclination to continue working with Attorney Gutkin and a request for the appointment of a Federal Public Defender, and following consultation with the Federal Public Defender's Office to confirm the availability of replacement counsel for the defendant, pending the Court's approval of a properly executed Financial Affidavit (CJA-23), it is hereby ORDERED that:

1. On or before September 5, 2007, defendant shall either: (a) file a Financial Affidavit (CJA-23) in support of his request for a Federal Public Defender, (b) have retained counsel enter an appearance on his behalf, or (c) inform the court of his desire to proceed *pro se*.

2. On or before August 28, 2007, Arthur L. Gutkin, Esquire, shall serve a copy of this order and a Financial Affidavit (CJA-23) on defendant and file proof thereof with the court.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
