# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-438** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TREVINO E. ROGERS** | : | |

## **O R D E R**

AND NOW, this 13th day of December, 2007, upon consideration of the Motion (Doc. 82) filed by the Defendant, Trevino E. Rogers, requesting Permission to Inspect Mental Health and School Records Relied upon in the Preparation of the Presentence Investigation Report, it is hereby ORDERED that said motion is GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge