IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-438 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TREVINO E. ROGERS**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of February, 2016, upon consideration of the motion (Doc. 153) of defendant Trevino E. Rogers ("Rogers"), seeking a recommendation from the court to the Federal Bureau of Prisons ("BOP") that Rogers be placed in a reentry program or halfway house for a period greater than six months, wherein Rogers' counsel cites both the length of Rogers' incarceration and the perceived inability of his family members to assist with reintegration as the bases for the request, and it appearing that an inmate may be referred to a reentry program or halfway house for "up to 180 days, with placement beyond 180 days highly unusual, and only possible with extraordinary justification," BOP PROGRAM STATEMENT 7104.04, Community Corrections Center (CCC) Utilization and Transfer Procedure, at 8 (1998), and that the position of the sentencing judge on the matter is one factor considered by the Regional Director of the BOP in making a referral determination, see id., and the undersigned sentencing judge having no objection to an extended reentry placement for this defendant, it is hereby ORDERED that Rogers' motion (Doc. 153) is GRANTED and it is RECOMMENDED that the Regional Director of

the BOP, subject to the BOP's assessment and bed space determination, extend the reentry program or halfway house referral for this defendant to a period greater than six months.

                                              /S/ CHRISTOPHER C. CONNER
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania